UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FERDINAND LITI, et. al,

    Petitioners,

v.

    Case No. 04-60239
    HON. MARIANNE O. BATTANI

PHILIP WRONA, Interim District Director,
Immigration and Customs Enforcement, et. al,

    Respondents.

_____/

## ORDER TRANSFERRING CASE

Before the Court is the Government's supplemental pleading in support of its "Opposition to Petition for Writ of Habeas Corpus and Emergency Stay of Removal" (Doc. #11). Petitioners initiated this habeas corpus action on October 28, 2004, seeking, *inter alia*, to stay their removal proceedings. On May 11, 2005, the REAL ID Act of 2005, H.R. 1268, 109th Cong. (2005) (enacted), Pub. L. No. 109-13, Div. B. 119 Stat. 231, was enacted. The statute represents a "marked departure from historical immigration law practice," I.N.S. v St. Cyr, 533 U.S. 289 at 290 (2001), as it eliminates the jurisdiction of federal district courts to hear habeas corpus challenges to removal, deportation, or exclusion orders. As a result, the only forum for an immigrant to bring a habeas challenge to such an order is the court of appeals.

Section 106 of the REAL ID Act indicates that 28 U.S.C. § 2241 cases, such as this, that were pending on the date of enactment must be transferred to the court of appeals. Accordingly, the Court hereby **TRANSFERS** this case in its entirety to the United States Court of Appeals for the Sixth Circuit. Petitioners have ten days from the date of this order to file a motion to

reinstate any portion of this case that does not challenge the order of removal, deportation, or exclusion.   **IT IS SO ORDERED.**

*/s/ Marianne O. Battani*
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

DATED: May 25, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were mailed and/or electronically delivered to Marshall E. Hyman and Derri T. Thomas on this date.

*[signature]*
DEPUTY CLERK